# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRIS NIKOLOVSKI and CHRIS NIKOLOVSKI D.D.S, P.C., an Illinois corporation, individually and as the representatives of a class of similarly situated persons and entities,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE BUSINESS FUNDING, INC. and MICHAEL BRIGHTON,<br><br>Defendants. | Case No.: 1:18-cv-03088<br><br>Honorable Judge Charles R. Norgle |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, CHRIS NIKOLOVSKI and CHRIS NIKOLOVSKI D.D.S, P.C ("Plaintiffs"), by and through their attorney, James C. Vlahakis of SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against the Defendant, PROGRESSIVE BUSINESS FUNDING, INC., with prejudice.

Dated: February 1, 2019

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*